# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Trout Green Technologies, Inc. ) ASBCA No. 61539
)
Under Contract No. N68335-12-C-0390 )

APPEARANCE FOR THE APPELLANT: Ms. Mary H. Marsden
Chief Operating Officer

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Deputy Chief Trial Attorney
Stephen M. Wilson, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

On July 23, 2018, the Board ordered appellant, within 14 days, to either file a complaint or show cause why the appeal should not be dismissed for failure to prosecute. The Order was sent to appellant by email to the address provided by Ms. Mary Marsden, COO, as well as by certified U.S. Postal Service mail. Per the U.S. Postal Service certified mail tracking receipt, the Order to Show Cause was delivered to an individual at appellant's address on July 26, 2018. Appellant has failed to respond to the July 23, 2018, Order. Appellant likewise failed to respond to an earlier Board Order, dated June 19, 2018, directing it to file its complaint. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: August 17, 2018

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

CRAIG S. CLARKE                             CHRISTOPHER M. MCNULTY
Administrative Judge                        Administrative Judge
Acting Vice Chairman                        Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


     I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61539, Appeal of Trout Green Technologies, Inc., rendered in conformance with the Board's Charter.

     Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2